# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Case Nos. 3:25-po-00391** |
| | **3:25-po-00511** |
| **v.** | |
| | **Citation Nos. E1210304 – OR 45** |
| **IAN MALCOM ALEXANDER,** | **E1763477 – OR 45** |
| **Defendant.** | **DISMISSAL ORDER** |
| | **Rule 48(a) Fed. R. Crim. P.** |

This matter, having come before the Court on the government's motion to dismiss the above-referenced cases without prejudice pursuant to Rule 48(a), Fed. R. Crim. P., and the Court being fully advised;

IT IS HEREBY ORDERED that the petty offense matters against Defendant, in the above-captioned cases, be DISMISSED without prejudice.

Dated: June 22, 2026

_____
HONORABLE YOULEE YIM YOU
United States District Judge

Presented by:

SCOTT E. BRADFORD
United States Attorney

*/s/ Andrew Kartchner*
ANDREW KARTCHNER, OSB #135784
Assistant United States Attorney

**Dismissal Order**                                                          **Page 1**